```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MAGGIE FRIERICHS, a minor child proceeding through her next friend, JOYCE FRUGE; JOYCE FRUGE, an individual, and JERRY FRUGE, an individual, | ) ) ) ) ) ) ) | 7:04CV5024 |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| CARLIN FRIERICHS, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

The Rule 26 telephone planning conference is continued to June 21, 2005 at 10:00 a.m., Central Daylight Time.

DATED this 20th day of April, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge