```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA

MAGGIE FRIERICHS, a minor       )
child proceeding through her    )
next friend, JOYCE FRUGE,       )
JOYCE FRUGE, an individual,     )           7:04CV5024
and JERRY FRUGE, an             )
individual,                     )
                                )
              Plaintiffs,       )           ORDER
                                )
       v.                       )
                                )
CARLIN FRIERICHS,               )
                                )
              Defendant.        )
```

IT IS ORDERED:

The parties' motion to reset trial and to revise schedule for progression of case, filing 20, is granted and,

1.  Jury trial is continued to 9:00 a.m., February 12, 2007[1], for a duration of seven days before the Honorable Richard G. Kopf in the courtroom, third floor, United States Post Office and Federal Building, 300 East 3rd, **North Platte**, Nebraska. Jury selection will be held at commencement of trial.

2.  The pretrial conference will be held January 8, 2007 at 1:00 p.m. before a magistrate judge in chambers, third floor, United States Post Office and Federal Building, 300 East 3rd, **North Platte**, Nebraska.

3.  The deposition deadline is continued to December 22, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

---

[1] This setting is selected because Judge Kopf, the assigned trial judge, holds trials in North Platte only in the month of February. If a different trial setting is desired, the parties may consent to try the case before a magistrate judge or stipulate to a Lincoln trial.

    4.  All other provisions of the court's order setting this case for trial shall remain in effect.

    DATED this 18th day of October, 2005.

                                BY THE COURT:

                                s/ *David L. Piester*
                                David L. Piester
                                United States Magistrate Judge