UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAGGIE FRIERICHS, a minor child proceeding through her next fried, JOYCE FRUGE; JOYCE FRUGE, an individual; and JERRY FRUGE, an individual, <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>CARLIN FRIERICHS, <br><br>　　　　　Defendant. | Case No.  7:04CV5024 <br><br><br><br><br><br><br><br>**TAXATION OF COSTS** |

　　　A Bill of Costs was filed on April 18, 2006, on behalf of the Plaintiffs, Joyce Fruge personally and as next friend to Maggie Frierichs, a minor, and Jerry Fruge, Filing No. 22. An objection was filed on behalf the Defendant, Carlin Frierichs, on April 28, 2006, Filing No. 25; and Plaintiffs' Reply and Stipulation Regarding Defendant's Objection to Plaintiffs' Bill of Costs was filed on May 5, 2006, Filing No. 27.

　　　Costs are taxed against the Defendant, Carlin Frierichs, in the amount of $243.56, and included in the judgment.

　　　Dated this 22nd day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

　　　　　　　　　　　　　　　　　　　　　　　　By:　*s/Patricia Merritt*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy-in-Charge