# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MAGGIE FRERICHS, a minor child proceeding through her next friend, JOYCE FRUGE, JOYCE FRUGE, an individual, and JERRY FRUGE, an individual,<br>　　　Plaintiffs,<br><br>v.<br><br>CARLIN FRERICHS,<br>　　　Defendant. | Civil Action No.: 7:04-cv-5024 |

## ORDER FOR ENLARGEMENT OF TIME TO FILE PLAINTIFFS' RESPONSES TO DEFENDANT CARLIN FRERICH'S MOTION TO VACATE JUDGMENT & OBJECTION TO GARNISHMENT AND MOTION TO QUASH SUMMONS AND ORDER OF GARNISHMENT

　　　This Court has reviewed Plaintiffs' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE PLAINTIFFS' RESPONSES TO DEFENDANT CARLIN FRERICH'S MOTION TO VACATE JUDGMENT & OBJECTION TO GARNISHMENT AND MOTION TO QUASH SUMMONS AND ORDER OF GARNISHMENT PURSUANT TO Fed. R. Civ. P. 6(b)(1) ("Motion") and the courts file.  Being fully advised, the Court does hereby GRANT the Motion, filing 36.

　　　IT IS ORDERED, that the Plaintiffs shall have up to and including July 31, 2006 to file their responses to *Defendant's Motion to Vacate Judgment & Objection to Garnishment* (filing 30) and Defendant's *Motion to Quash Summons and Order of Garnishment* (filing 33).

　　　Dated: July 11, 2006.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　　　s/ *David L. Piester*

　　　　　　　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge