```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| MAGGIE FRIERICHS, a minor child proceeding through her next friend, JOYCE FRUGE, JOYCE FRUGE, an individual, and JERRY FRUGE, an individual, | ) ) ) ) ) ) ) | 7:04CV5024 |
| Plaintiffs, | ) | |
| | ) | ORDER |
| v. | ) ) | |
| CARLIN FRIERICHS, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion, filing 39, to withdraw certain motions is granted and Defendant's Motion to Vacate Judgment and Objection to Garnishment, filing 30, and Defendant's Motion to Quash Summons and Order of Garnishment, filing 33, are withdrawn.

DATED this 17th day of July, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge